UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDWIN CEBALLOS,
                              Plaintiff,

            -against-

ANTHONY MCCLENDON, et al.,
                             Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/12/2017

16 Civ. 1976 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, at a settlement conference held before Magistrate Judge Gabriel W. Gorenstein on January 10, 2017, the parties stated they intended to proceed with the settlement made on the record. It is hereby

**ORDERED** that in light of the settlement this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis.

The Clerk of Court is respectfully directed to deny all pending motions as moot and mail a copy of this Order to pro se plaintiff.

Dated: January 12, 2017
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**